SCHNEIDER v. MENU FOODS LIMITED et al                                                                Doc. 2
Case 1:07-cv-01533-NLH-AMD   Document 2   Filed 04/03/2007   Page 1 of 3
Case 1:33-av-00001   Document 804-3   Filed 04/02/2007   Page 1 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___ New Jersey

| | |
|---|---|
| PEGGY SCHNEIDER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>    Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07CV1533 (NLH) |

TO: (Name and address of Defendant)   MENU FOODS LIMITED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

> Donna Siegel Moffa
> Trujillo Rodriguez & Richards, LLC
> 8 Kings Highway West
> Haddonfield, NJ 08033
> (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                                   4/3/07
_____           _____
CLERK                                                           DATE

_____
(By) DEPUTY CLERK

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| PEGGY SCHNEIDER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07CV 1533 (NLH) |

TO: (Name and address of Defendant)  MENU FOODS INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Donna Siegel Moffa
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**        4/3/07
CLERK        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

| | |
|---|---|
| PEGGY SCHNEIDER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>MENU FOODS LIMITED,<br>MENU FOODS INC., and<br>MENU FOODS MIDWEST CORPORATION,<br><br>    Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 07CU 1533(NLH) |

TO: (Name and address of Defendant)   MENU FOODS MIDWEST CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

  Donna Siegel Moffa
  Trujillo Rodriguez & Richards, LLC
  8 Kings Highway West
  Haddonfield, NJ 08033
  (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**         4/3/07

CLERK              DATE

_[signature]_

(By) DEPUTY CLERK